"UNDER SEAL"

FILED
CHARLOTTE, NC

DEC 12 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NISHA LATOYA HENLEY,<br>a/k/a NISHA LATONYA HENLEY,<br>Defendant | DOCKET NO. 3:23-cr-271-FDW<br><br>**BILL OF INDICTMENT**<br><br>Violation: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846<br>18 U.S.C. § 2 |

## THE GRAND JURY CHARGES:

### COUNT ONE
(*Distribution of Methamphetamine*)

On or about June 21, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,**
**a/k/a NISHA LATONYA HENLEY,**

aiding and abetting other persons, known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO
(*Distribution of Methamphetamine*)

On or about July 28, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,**
**a/k/a NISHA LATONYA HENLEY,**

did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Methamphetamine Involved

With respect to defendant **NISHA LATOYA HENLEY, a/k/a NISHA LATONYA**

HENLEY, the offense charged in Count Two involved five (5) grams or more of methamphetamine (actual). Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

## COUNT THREE
(*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about July 28, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,**
**a/k/a NISHA LATONYA HENLEY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of Methamphetamine, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Two of this Bill of Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR
(*Distribution of Methamphetamine*)

On or about August 23, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,**
**a/k/a NISHA LATONYA HENLEY,**

did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

**Quantity of Methamphetamine Involved**

With respect to defendant **NISHA LATOYA HENLEY, a/k/a NISHA LATONYA HENLEY**, the offense charged in Count Four involved five (5) grams or more of methamphetamine (actual). Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

## COUNT FIVE
(*Distribution of Methamphetamine*)

On or about September 28, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,**
**a/k/a NISHA LATONYA HENLEY,**

aiding and abetting other persons, known and unknown to the Grand Jury, did knowingly and

intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Quantity of Methamphetamine Involved

With respect to defendant **NISHA LATOYA HENLEY, a/k/a NISHA LATONYA HENLEY**, the offense charged in Count Five involved five (5) grams or more of methamphetamine (actual). Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

### COUNT SIX
*(Possession with Intent to Distribute Cocaine)*

On or about October 13, 2022, within the Western District of North Carolina, the defendant,

**NISHA LATOYA HENLEY,
a/k/a NISHA LATONYA HENLEY,**

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Sections 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

e. The following firearms and ammunition seized on October 13, 2022, from 2017 Long Leaf Drive, Charlotte, NC, in the course of the investigation.

-A Taurus PT 140 .40 caliber handgun, Serial Number SAP85652,
-assorted ammunition

A TRUE BILL

███████████████
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY